**Order entered September 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00851-CV

### MERRITT, HAWKINS & ASSOCIATES, LLC, Appellant

### V.

### CHRIS CAPORICCI AND MATTHEW CUMMINS, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13851**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **GRANT** appellant's petition for permission to appeal interlocutory order on choice-of-law. Appellant's notice of appeal is deemed to have been filed as of the date of this order, and the appeal will proceed in accordance with the rules governing accelerated appeals. *See* TEX. R. APP. P. 28.3(k).

We **ORDER** Dallas County District Clerk Felicia Pitre and Official Court Reporter Vielica Dobbins to file the clerk's and reporter's records, respectively, no later than September 14, 2015. *See id.* 35.1(b).

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Dale B. Tillery, Judge of the 134th Judicial District Court of Dallas County, Texas; Ms. Pitre; Ms. Dobbins; and all counsel of record.

/s/     CRAIG STODDART
           JUSTICE